IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JUAN CARLOS MELÉNDEZ-SERRANO,<br><br>**Petitioner,**<br><br>v.<br><br>ANA ESCOBAR-PABÓN, DOMINGO EMANUELLI-HERNÁNDEZ and VÍCTOR MALDONADO,<br><br>**Respondents.** | **Civil No.** 20-1588 (FAB) |

**JUDGMENT**

In accordance with the Opinion and Order entered today (Docket No. 77), Juan Carlos Meléndez-Serrano's amended petition for *habeas corpus* relief (Docket No. 47) is **GRANTED**. The Commonwealth of Puerto Rico is directed to retry Juan Carlos Meléndez-Serrano within sixty days or to release him from custody.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, December 13, 2024.

<u>s/ Francisco A. Besosa</u>
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE