IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **JUAN CARLOS MELÉNDEZ-SERRANO,** *Petitioner,* v. **ANA ESCOBAR PABÓN, DOMINGO EMANUELLI-HERNÁNDEZ, VÍCTOR MALDONADO,** *Respondents.* | CIVIL NO. 20-1588 (FAB) (28 U.S.C. § 2254) |

**INFORMATIVE MOTION ON STATE CONDITIONS OF RELEASE**

**TO THE HONORABLE COURT:**

**COME NOW**, Francisco Quiñones-Rivera, Janet Parra-Mercado[1] and Víctor Maldonado ("Respondents"), and through the undersigned attorney, very respectfully **STATE** and **PRAY** as follows:

1. On January 29, 2025, the Court issued an *Order*, scheduling a hearing to be held on February 10, 2025, on Mr. Meléndez-Serrano's request for release pending appeal. (Docket No. 91). The Court also instructed parties to inform "whether the Puerto Rico Superior Court ordered petitioner's release when it ordered a new trial, and any release conditions it imposed."

---

[1] When the Amended Complaint (Docket No. 47) was filed, Ana Escobar Pabón, was the Secretary of Corrections and Rehabilitation. She was substituted by the appointed Secretary of Corrections and Rehabilitation, Francisco Quiñones-Rivera. Likewise, at the time of the filing of the Amended Complaint, Domingo Emanuelli-Hernández was the Secretary of Justice. He was automatically substituted by the appointed Secretary of Justice, Janet Parra-Mercado. *See* Fed. Civ. Proc. R. 25(d). Both respondents are sued in their official capacities.

2.     On February 3, 2025, Meléndez-Serrano's counsel filed an *Informative Motion on State Conditions of Release.* (Docket No. 92).

3.     In addition to informing about the conditions of release, Meléndez-Serrano's counsel attached to the motion copies of the various orders issued by the Court of First Instance ("CFI") on the original conditions of release and of the various modifications to the same. The documents were provided to Mr. Meléndez-Serrano's counsel by the case worker at the Pretrial Services Program of the Commonwealth of Puerto Rico (previously known as "OSAJ" for its Spanish acronym and known today as "PSAJ").[2] Because the documents are in Spanish, Petitioner informed the Court that they will be translated.

4.     Because the translation could take some time and the hearing is in a few days, Respondents proceed to inform the conditions included in the *Resolution* issued by the CFI on June 13, 2017, which Mr. Meléndez-Serrano accepted. (Docket No. 92-2, pp.1-2).

5.     The CFI's *Resolution* states that the bond was deferred and set the following conditions that Mr. Meléndez-Serrano had to comply with:

a)  request the Court, prior to the event, of any changes of address, telephone number, employment and/or studies program,

b)  maintain good conduct,

c)  appear periodically at the PSAJ office,

d)  remain under the custody and supervision of Luz M. Serrano Ruiz (mother),

e)  while the process lasts, live with Luz M. Serrano Ruiz (mother),

---

[2] OSAJ is the Spanish acronym for "Oficina de Servicios con Antelación al Juicio." It is a pretrial services program of the executive branch. After Law No. 151 of September 6, 2014, was enacted, OSAJ was converted into a program of the P.R. Department of Corrections and Rehabilitation. Its current Spanish acronym is PSAJ ("Programa de Servicios con Antelación al Juicio").

f) do not get near exit ports,

g) do not leave the jurisdiction of Puerto Rico without the Court's permission,

h) do not possess or carry firearms or any other dangerous weapons,

i) do not approach or communicate with people involved in the use/abuse and/or sale of controlled substances and/or illicit weapons,

j) avoid all contact with the alleged victims, potential witnesses or the injured party in the case,

k) refrain from visiting the following places, areas, or establishments: place of the events; places where alcoholic beverages and/or controlled substances are consumed and/or sold; the residence, place of work and/or place of study, residence of the injured party and/or witnesses in the case,

l) refrain from using alcoholic or intoxicating beverages, narcotic drugs or any other controlled substance

m) periodically undergo urine tests to detect the use of controlled substances

n) work or enroll in any academic or vocational study program or pursue studies

o) submit to the electronic supervision program under the jurisdiction of the PSAJ

p) pay the daily cost of $2.13 for electronic monitoring

q) participate in the Community Service Program. For these purposes, it is authorized, prior to coordination with PSAJ, the granting of hours to comply with the necessary hours of community service,

r)  notify the supervision and follow-up officer of the PSAJ about the final disposition of your case with the court,

s)  not commit a new crime

t)  appear at all hearings corresponding to the proceedings of the case, as indicated by the Court.

6. As to the above-listed CFI conditions, which will be evaluated by this Court, Respondents state that the Petitioner will have to pay the current daily cost for electronic monitoring.

7. In addition, Respondents request that the new conditions include that Petitioner avoids contact with the family members of the victims.

**WHEREFORE**, it is respectfully requested that this Honorable Court takes notice of the above-stated regarding the release conditions.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court, who will send notification of such filing to the parties subscribing to the CM/ECF System.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 6th day of February, 2025.

**JANET PARRA MERCADO**
Designated Secretary of Justice

**TANIA L. FERNÁNDEZ MEDERO**
Deputy Secretary of Civil Litigation

**SUSANA PEÑAGARÍCANO-BROWN**
Director of Federal Litigation and Bankruptcy Division

*s/ Pablo Tufiño-Soto*
Pablo Tufiño-Soto
USDC No. 304006
Department of Justice of Puerto Rico
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Email: ptufino@justicia.pr.gov
Phone: 787-721-2900 Ext. 1423