| |
|---|
| Hearing set for 9:00 AM<br>Hearing started at 11:23 AM<br>Hearing ended at 11:36 AM |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS AND ORDER:**

**HONORABLE FRANCISCO A. BESOSA, SENIOR U.S. DISTRICT JUDGE**

COURTROOM DEPUTY: Migdalia García-Cosme        Date: February 10, 2025
Court Reporter: Joe Reynosa                                           Case No. 3:20-cv-01588 (FAB)

---

                                                                                        <u>Attorneys:</u>

**JUAN CARLOS MELENDEZ-SERRANO**                    Juan F. Matos-De-Juan

                        v.

**EDUARDO J. RIVERA-JUANATEY, ET AL**                Idza Díaz-Rivera

---

The case was called for a Motion Hearing in Courtroom 4, Old San Juan, regarding the request for release on appeal filed by petitioner. Present were counsel Juan F. Matos-De-Juan representing petitioner Juan Carlos Meléndez-Serrano, and counsel Idza Díaz-Rivera representing respondent Eduardo Rivera-Juanatey.

The Court began by discussing with the parties the request for release on appeal filed by the petitioner at docket No.88. Counsel Matos-De-Juan proposed the Court to adopt the release conditions imposed by the Superior Court, included in the informative motion filed at docket No. 92. He objected to the following conditions: That Mr. Meléndez-Serrano must live with his mother, and in the alternative, suggested for him to live with his wife, Ms. Norca Hernández-Torres, and to the payment of electronic monitoring, which the Court responded that payments should be arranged with the Oficina de Servicios con Antelación al Juicio (OSAJ). Counsel Díaz-Rivera requested the Court to extend the condition of avoiding contact with alleged victims and potential witness to their family members.

Without any objections to the parties' request, the Court imposed the following conditions of release to Mr. Juan Carlos Meléndez-Serrano:
- Mr. Meléndez-Serrano shall not commit a new crime.
- Mr. Meléndez-Serrano shall be placed in home detention with electronic monitoring, under the jurisdiction of OSAJ, and shall reside had his wife, Ms. Norca Hernandez-Torres. He will remain under the custody and supervision of his wife and will be restricted to the residence of his wife at all times, except for employment, education,

- religious services, medical appointments, substance abuse appointments, mental health treatment, attorney visits, court appearances, court ordered obligations, or other activities approved in advance by OSAJ; and maintain good conduct. He shall pay the daily cost of the electronic monitoring service, or can be paid by third parties.
- Mr. Meléndez-Serrano shall actively seek employment or start an education program.
- Mr. Meléndez-Serrano shall participate in a community service program, as coordinated by OSAJ.
- Mr. Meléndez-Serrano must inform the Court and OSAJ of any changes of address, telephone number, and changes in employment or education.
- Mr. Meléndez-Serrano must appear in Court as required.
- Mr. Meléndez-Serrano must not associate with any indicted person or convicted felon without the authorization of OSAJ, including Mr. Ramos.
- Mr. Meléndez-Serrano shall not obtain a passport or any other international travel document, shall not leave this jurisdiction without written permission by the Court, and shall not enter any airport, pier, or any other point where he would be able to leave Puerto Rico.
- Mr. Meléndez-Serrano shall avoid all contact directly or indirectly with any person who may be a victim or a witness in this case, including those person's family members.
- Mr. Meléndez-Serrano shall not possess a firearm, destructive device, or any other dangerous weapon.
- Mr. Meléndez-Serrano shall not use alcohol excessively.
- Mr. Meléndez-Serrano shall not use or unlawfully possess any controlled substances unless prescribed by a licensed medical practitioner and shall submit to drug testing.
- Mr. Meléndez-Serrano must appear periodically at the OSAJ when requested.
- Mr. Meléndez-Serrano shall refrain from visiting places, areas, or establishments where alcoholic beverages or controlled substances are being consumed or sold.

The U.S. Marshal Service will serve this order to excarcerate Mr. Meléndez-Serrano from State prison as soon as possible. Supervision will be done by the Oficina de Servicios con Antelación al Juicio (OSAJ). Once Mr. Meléndez-Serrano is released, he is to report to the Oficina de Servicios con Antelación al Juicio (OSAJ) within twenty-four (24) hours of his release.

IT IS SO ORDERED.

*S/ Hon. Francisco A. Besosa*
Senior U.S. District Judge